**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AIDA ALTRAGRACIA NUNEZ GARCIA,

                Plaintiff,                22 **CIVIL** 4602 (JLC)

           -v-                           <u>**JUDGMENT**</u>

ACTING COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 23, 2023, that Garcia's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

      June 26, 2023

                                            **RUBY J. KRAJICK**

                                               **Clerk of Court**

                           **BY:**

                                               **Deputy Clerk**